NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

PHILIP WOOF, )
)
      Appellant, )
)
v. )     Case No. 2D18-2943
)
ESTATE OF GERALD A. GIESSEL, )
)
      Appellee. )
_____ )

Opinion filed July 3, 2019.

Appeal from the Circuit Court for
Hillsborough County; Catherine M. Catlin,
Judge.

Philip Woof, pro se.

Timothy G. Hayes, Lutz, for Appellee.


PER CURIAM.


      Affirmed.


NORTHCUTT, LaROSE, and SMITH, JJ., Concur.